**In re: Bobby Ernest FINCH; Donna Lynn Finch, Debtors.**

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

**Bobby Ernest Finch; Donna Lynn Finch, Appellants,**

v.

**David D. Coop, U.S. Bankruptcy Trustee; Matthew Wayne Adlong; William Clay Brazil; Caroline Winningham; Joe Don Winningham; Gary Dewayne Jiles; James E. Goldie; First State Bank; First Security Bank; Bank of the Ozarks; Dixie Furniture Company, Inc.; Paul A. Schmidt; Mark T. McCarty, Standing Chapter 13 Trustee, Appellees.**

No. 09–3311.

United States Court of Appeals, Eighth Circuit.

Submitted: May 19, 2010.

Filed: May 26, 2010.

Bobby Ernest Finch, Poplar Grove, AR, pro se.

Donna Lynn Finch, Poplar Grove, AR, pro se.

Judy Simmons Henry, Wright & Lindsey, Little Rock, AR, Donald E. Knapp, Jr., Knapp Law Firm, Helena, AR, for Appellees.

Matthew Wayne Adlong, Brazil & Adlong, Conway, AR, pro se.

Gary Dewayne Jiles, Jack & Lyon, Conway, AR, pro se.

James E. Goldie, Davis & Goldie, Harrison, AR, pro se.

Paul A. Schmidt, Cabot, AR, pro se.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Proceeding pro se and in forma pauperis, Bobby and Donna Finch appeal the district court's[1] adverse order and judgment dismissing their underlying appeal from several bankruptcy court[2] orders. Upon careful review, *see Fix v. First State Bank of Roscoe,* 559 F.3d 803, 808 (8th Cir.2009) (this court reviews bankruptcy court's legal determinations de novo and its findings of fact for clear error; when bankruptcy court's judgment is appealed to district court, district court acts as appellate court; as second court of appellate review, this court conducts independent review of bankruptcy court's judgment, applying same standards of review as district court), we find no basis for reversal. Accordingly, we deny the pending motions, and we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

2. The Honorable Richard D. Taylor, United States Bankruptcy Judge for the Eastern District of Arkansas.